IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL CORK,  No. 3:17-cv-00051-PK

          Plaintiff,

      v.

CITY OF CLATSKANIE, COLUMBIA  ORDER
COUNTY, WALLY THOMPSON,

          Defendants

HERNANDEZ, District Judge:

    Magistrate Judge Papak issued a Findings & Recommendation (#19) on June 15, 2017, in which he recommends the Court grant Defendants' motion to dismiss the First Amended Complaint with prejudice. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [19], and therefore, Defendant's motion to dismiss the Amended Complaint [11] is granted and the Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 5 day of September, 2017.

/s/ Marco Hernandez
MARCO A. HERNÁNDEZ
United States District Judge